UNITED STATES of America,
Plaintiff–Appellee,

v.

Celistino SIERRA–MADRIGAL, also known as Ramiro Ramirez–Cruz, Defendant–Appellant.

No. 04–40483.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Oct. 21, 2004.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Mark Michael Dowd, U.S. Attorney's Office, Brownsville, TX, Marjorie A. Meyers, Federal Public Defender, Norman E. McInnis, Assistant Federal Public Defender, Molly E. Odom, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Celistino Sierra–Madrigal concedes

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

that the arguments raised are foreclosed by circuit precedent but seeks to preserve them for further review. The Government has moved for summary affirmance in lieu of filing an appellee's brief. The motion is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.